1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SYED WAJAHAT HUSSAIN,                )
                                     )  No. C 08-0946 MEJ
            Plaintiff,               )
                                     )
      v.                             )  **PARTIES' JOINT REQUEST TO BE**
                                     )  **EXEMPT FROM FORMAL ADR**
MICHAEL CHERTOFF, Secretary of the   )  **PROCESS**
Department of Homeland Security;     )
ROBERT S. MUELLER,                   )
 Director of Federal Bureau of Investigation; )
                                     )
            Defendants.              )
_____)

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this action is limited to plaintiff's request that this Court compel defendants to adjudicate the application for naturalization. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Parties' Request for ADR Exemption
C 08-0946 MEJ                                                   1

1  Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: April 29, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Dated: April 29, 2008

_____/s/_____
JUSTIN X. WANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Dated: May 1, 2008

_____
MARIA-ELENA JAMES
United States Magistrate Judge

Parties' Request for ADR Exemption
C 08-0946 MEJ                                2