JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYED WAJAHAT HUSSAIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary of the ) <br> Department of Homeland Security; ) <br> ROBERT S. MUELLER, ) <br> Director of Federal Bureau of Investigation; ) <br> ) <br> Defendants. ) <br> _____ ) | No. C 08-0946 MEJ <br><br> **JOINT CASE MANAGEMENT CONFERENCE STATEMENT; and [PROPOSED] ORDER** |

**1. Jurisdiction and Service**

The basis asserted by plaintiff for this Court's jurisdiction is 8 U.S.C. § 1447(b). The parties do not dispute that venue is proper in this district. No issues exist regarding personal jurisdiction or venue, and no parties remain to be served.

**2. Facts**

The plaintiff is a lawful permanent resident of the United States who filed an application for naturalization with USCIS on May 6, 2005. The USCIS has not yet adjudicated plaintiff's naturalization application.

**3. Legal Issues**

Whether this Court may compel the USCIS to adjudicate a naturalization case prior to a full

criminal background check has been completed.

**4. Motions**

The Plaintiff filed his motion for remand, and Defendants will respond by May 23, 2008. Plaintiff's motion is set for a hearing on June 19, 2008 at 10:00 a.m.

**5. Amendment of Pleadings**

No parties, claims or defenses are expected to be added or dismissed.

**6. Evidence Preservation**

The parties do not have any evidence that falls within this category.

**7. Disclosures**

The parties believe that the initial disclosure requirements of Fed. R. Civ. P. 26 do not apply to this case.

**8. Discovery**

The parties do not intend to take any discovery in this case at this time.

**9. Class Actions**

N/A

**10. Related Cases**

The parties are not aware of any related case or cases.

**11. Relief**

The Plaintiff asks this Court to direct Defendants to adjudicate his application for naturalization.

**12. Settlement and ADR**

The Court granted the parties' request to be exempt from the formal ADR process on May 1, 2008.

**13. Consent to Magistrate Judge for All Purposes**

The parties consent to the assignment of this case to a magistrate judge.

**14. Other References**:

The parties do not believe that this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15. Narrowing of Issues**

The parties do not believe that the issues can be narrowed by agreement or by motion, and do not have suggestions to expedite the presentation of evidence at trial (e.g., through summaries or stipulated facts), and any request to bifurcate issues, claims or defenses.

**16. Expedited Schedule**

The parties' believe this case can be resolved on the motion for remand as the only dispute is over what the Court's instructions on remand would be.

**17. Scheduling**

If necessary, the parties will propose an evidentiary hearing date after the Court makes a ruling on Plaintiff's motion for remand.

**18. Trial**

The parties believe this matter can be resolved through motions.   Should the Court retain jurisdiction under 8 U.S.C. § 1447(b), the parties will request an evidentiary hearing date.

**19. Disclosure of Non-Party Interested Entities or Persons**:

The Plaintiff intends to file the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16.

**20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter**

None.

///

///

///

///

///

///

///

///

///

Joint Case Management Statement
C 08-0946 MEJ                                         3

| | | |
|---|---|---|
|1| Dated: May 15, 2008 | Respectfully submitted, |
|2| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
|3| | |
|4| | _____/s/_____<br>ILA C. DEISS[1] |
|5| | Assistant United States Attorney<br>Attorneys for Defendants |
|6| | |
|7| | |
|8| Dated: May 14, 2008 | _____/s/_____<br>JUSTIN X. WANG<br>Attorney for Plaintiff |

**CASE MANAGEMENT ORDER**

The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order. The May 22, 2008 CMC is VACATED.

Dated: May 15, 2008

_____
MARIA ELENA JAMES
United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Joint Case Management Statement
C 08-0946 MEJ                                                4