```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
 6      Telephone: (415) 436-7124
        FAX: (415) 436-7169
 7
    Attorneys for Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SYED WAJAHAT HUSSAIN, | ) | No. C 08-0946 MEJ |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO DISMISS WITHOUT PREJUDICE; and [PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ROBERT S. MUELLER, Director of Federal Bureau of Investigation; | ) ) ) ) ) | |
| Defendants. | ) | |

   Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice because the United States Citizenship and Immigration Services agrees to adjudicate Plaintiff's application for naturalization within 45 days of the dismissal of this action, provided Plaintiff does not commit a disqualifying act in the interim.

   The parties further ask the Court to vacate the June 19, 2008 hearing on Plaintiff's motion to remand.

   Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C 08-0946 MEJ                           1

| | |
|---|---|
| Dated: May 29, 2008 | Respectfully submitted,<br><br>JOSEPH P. RUSSONIELLO<br>United States Attorney<br><br>_____/s/_____<br>ILA C. DEISS[1]<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Dated: May 29, 2008 | _____/s/_____<br>JUSTIN X. WANG<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Plaintiff's Motion to Remand is DENIED as moot. The Clerk shall close the file.

Dated: June 2, 2008

_____
MARIA-ELENA JAMES
United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
C 08-0946 MEJ                                           2